1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7   U.S. BANK NATIONAL ASSOCIATION
    AS TRUSTEE FOR GSR MORTGAGE              Case No.  14-cv-00523-JSC
8   LOAN TRUST 2006-AR1,

9                  Plaintiff,                ORDER OF REASSIGNMENT AND
                                             REPORT AND RECOMMENDATION
10          v.                               THAT CASE BE REMANDED

11  DENNIE MORELAND,                         Re: Dkt. No. 5

12                 Defendant.

13          Plaintiff brought this state law unlawful detainer action against Defendant Dennie

14  Moreland in the Superior Court of California for the County of Alameda.  Defendant Moreland,

15  representing himself, subsequently purported to remove the action to this Court on the basis of

16  federal question jurisdiction.  (Dkt. No. 1.)  Defendant asserts that the Court has jurisdiction under

17  28 U.S.C. section 1331 due to Plaintiffs' alleged violations of the Real Estate Settlement

18  Procedures Act, ("RESPA"), 12 U.S.C. § 2601.  (*Id.* at ¶ 3.)

19          By Order filed February 12, 2013, the Court concluded that it does not have federal

20  question jurisdiction and that the case was not properly removed under diversity jurisdiction.

21  (Dkt. No. 5.)  Accordingly, the Court ordered Defendant to show cause in writing on or before

22  March 4, 2014 why this action should not be remanded to the Superior Court of California for the

23  County of Alameda.  As of the date of this Order, Defendant has not responded to the Order to

24  Show Cause nor otherwise communicated with the Court.

25          As neither Plaintiff nor Defendant has consented to the jurisdiction of a magistrate judge,

26  this case must be reassigned to a district court judge.  Because the undersigned magistrate judge

27  concludes that there is no basis for federal jurisdiction, it RECOMMENDS that the action be

28  remanded to state court.

United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: March 12, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge